UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
MAY 20 2008
MARTIN C. ASHMAN
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. **08 CR 401** |
| v. ) | |
| ) | Magistrate Judge Martin C. Ashman |
| ISAIAH HICKS a/k/a "CUZ," "BIG CUZ," ) | |
| "ROCK," and "CHILL ROCK" ) | |

## EX PARTE MOTION TO SEAL CRIMINAL COMPLAINT, AFFIDAVIT AND ARREST WARRANTS

The UNITED STATES OF AMERICA, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, moves to seal the contents of the above criminal complaint, affidavit in support of the criminal complaint and arrest warrants. In support of its Motion, the government states as follows:

1. The United States has presented the Court with a criminal complaint, an affidavit supporting the criminal complaint and arrest warrants for the defendants.

2. The complaint, affidavit and warrants contain information concerning a sensitive investigation and identify the targets of the investigation.

3. If the contents of the complaint, affidavit and warrant are made public prior to the arrest of the defendants, the defendants may take action to impede any further investigation and may also interfere with their arrests.

WHEREFORE, the United States respectfully requests this Court to enter an Order placing the complaint, affidavit, arrest warrant and this Motion under seal until May 21, 2008 at 11:00 a.m., or until further order of this Court, except that copies of the arrest warrants shall be provided to law enforcement inorder to execute the arrests of the defendants.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: _____
SHARON R. FAIRLEY
Assistant United States Attorney
219 South Dearborn, Third Floor
Chicago, Illinois 60604
312/353-0951