# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Martin C. Ashman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 401 - 2 | **DATE** | 6/2/2008 |
| **CASE TITLE** | USA vs. Kevin Masuca | | |

**DOCKET ENTRY TEXT**

Case called for detention hearing on 6/2/2008. Government's oral motion for leave to correct a typographical error on the second page after the cover from a/k/a "Nook" to a/k/a "Zook" is granted. Defendant waives his right to a detention hearing without prejudice. Order defendant detained pending further court proceedings without prejudice.

Docketing to mail notices.

00:01

| | Courtroom Deputy Initials: | IS |
|---|---|---|